[No. 18454-1-II.    Division Two.    June 21, 1996.]

*In the Matter of the Marriage of* VERNON DELAVERGNE, *Appellant,* and DIXIE DELAVERGNE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-3-04008-4, Rosanne Buckner, J., entered June 17, 1994. *Reversed in part* by unpublished opinion

per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.